## Montie D. WILSON v. UNITED STATES of America.

### No. 954.

Circuit Court of Appeals, Tenth Circuit.

Sept. 18, 1933.

R. M. Mountcastle, of Muskogee, Okl., for appellant.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.

## Andrew YOUNG v. UNITED STATES of America.

### No. 5058.

Circuit Court of Appeals, Seventh Circuit.

Nov. 4, 1933.

Harold J. Bandy, of Granite City, Ill., for appellant.

Paul F. Jones, of Danville, Ill., for the United States.

Before SPARKS and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, counsel for appellant consenting thereto, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed; and that this cause be, and the same is hereby, remanded to the District Court of the United States for the Eastern District of Illinois. It is further ordered that the mandate of this court issue forthwith.

## Walter ZAMORSKI v. UNITED STATES of America.

### No. 6587.

Circuit Court of Appeals, Sixth Circuit.

Oct. 5, 1933.

Louis Andrzejewski, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed, pursuant to motion of appellee.

## John L. ZURBRICK, District Director of Immigration, v. Lawrence GERARDI.

### No. 6507.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1933.

V. F. McAuliffe, Asst. U. S. Atty., of Detroit, Mich., for appellant.

L. Meyron Marko, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed, pursuant to stipulation.